Anthony Keith Johnson
Vs.
John E. Nagle, Warden and
Attorney General of the State of Alabama
CV 93-N-1121-S

DOCUMENT # 66 TO BE MAILED